## FULFER v. STATE.
### No. 18027.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale, punishment assessed being five years in the penitentiary.

Since the conviction in this case, the law under which appellant was convicted has been repealed in its entirety, and under authority of Meadows v. State (Tex.Cr. App.) 88 S.W.(2d) 481, it is necessary to order the reversal of the judgment and the dismissal of the prosecution, and it is accordingly so ordered.

## FULFER v. STATE (two cases).
### Nos. 18028, 18030.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling intoxicating liquor, punishment assessed being one year in the penitentiary.

Since the conviction in this case, the law under which appellant was convicted has been repealed in its entirety, and under authority of Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481, it is necessary to order the reversal of the judgment and the dismissal of the prosecution, and it is accordingly so ordered.

## FULFER v. STATE.
### No. 18029.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481,

The judgment is reversed, and the prosecution ordered dismissed.